IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARTHA BENOY,

    Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

    Defendant.

OPINION & ORDER

17-cv-871-jdp

---

Plaintiff Martha Benoy, a housekeeper formerly employed by University Housing at the University of Wisconsin-Madison, brings this suit alleging that her rights were violated under Title VII of the Civil Rights Act of 1964. She alleges that her former supervisor discriminated against her on the basis of her sex and that when she complained about his behavior defendant Board of Regents, which governs the University of Wisconsin System, retaliated against her by terminating her employment.

Now before the court is the Board of Regents' motion for partial judgment on the pleadings, which seeks dismissal of Benoy's sex discrimination claims "on the basis that she failed to exhaust her administrative remedies with respect to these claims and expressly waived them during the administrative proceedings preceding this lawsuit." Dkt. 7, at 1. In her response, Benoy stipulates to the dismissal of the sex discrimination claims and "agrees to limit" her lawsuit to the retaliation claims. Dkt. 10, at 1. So I will grant the motion and dismiss the sex discrimination claims.

ORDER

IT IS ORDERED that:

1. Defendant's motion for partial judgment on the pleadings, Dkt. 7, is GRANTED.

2. Plaintiff's sex discrimination claims against defendant are DISMISSED.

Entered June 21, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge