IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARTHA BENOY,

    Plaintiff,

  v.

Case No. 17-cv-871-jdp

BOARD OF THE REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Board of Regents of the University of Wisconsin System against plaintiff Martha Benoy dismissing this case.

*V. Olmo, Deputy Clerk*　　　　　　　　　　2/14/2019
Peter Oppeneer, Clerk of Court　　　　　　　Date